## George T. Clapp v. Englebert B. Born.

*Findings—sufficiency of evidence.*

Where the Supreme Court is of opinion that on the various points covered by a judge's finding there was evidence upon which he might have reached his conclusions, the judgment based upon it is affirmed.

Error to Allegan. Submitted June 4. Decided June 10.

Trover. Defendant brings error.

*Padgham & Padgham* for plaintiff in error.

*Fenn & Hart* and *F. J. Littlejohn* for defendant in error. The Supreme Court will not pass upon the weight of evidence, *Compton v. Blair*, 27 Mich., 397; nor on an exception that there was no evidence to sustain a finding, will it review facts found below, on ambiguous or conflicting oral testimony, *Earle v. Fire Ins. Co.*, 29 Mich., 414; but where there is evidence tending to prove the facts found, it will only inquire whether the finding supports the judgment, *Kling v. Fries*, 33 Mich., 275.

COOLEY, J. The circuit judge tried this case without a jury, and filed a finding of facts. The only questions raised by the writ of error are whether, on the various points covered by the finding, there was evidence upon which the judge might have reached his conclusions. We are of opinion that there was such evidence on all points.

The judgment must be affirmed with costs.

The other Justices concurred.